| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran. Court) 1:CR-04-301-01 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) CR 12 00358 EJD |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE Arthur Garcia | DISTRICT Middle/PA | DIVISION Harrisburg |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Christopher C. Conner | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 1/4/12 — TO 1/3/17 |

OFFENSE
Using a Facility of Interstate Commerce (the Internet) to Entice a Minor to Engage in Sexual Activity
18 U.S.C. § 2422(b)
Traveling Interstate for the Purpose of Engaging in Illicit Sexual Conduct
18 U.S.C. § 2423(b)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Pennsylvania__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Northern District of California__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/12/12
_Date_      _United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Northern__ DISTRICT OF __California__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/4/12
_Effective Date_      Lucy H. Koh
_United States District Judge_

[Stamp: Filed MAY 02, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE]